# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-00094-VCF |
| | ) | |
| GILBERTO GUADALUPE BARRIENTOS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 02/08/2019 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___Feb 7, 2019___

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

FEB - 7 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY